# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN (MADISON)

| | |
|---|---|
| JOSEPH GRAWEHR-ANTONE,<br>            Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and ST. MARY'S<br>& AFFILIATES CREDIT UNION;<br>            Defendants. | CASE NO. 3:20-cv-00665-jdp<br><br>Judge James D. Peterson<br>Magistrate Judge Stephen L. Crocker |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has, on this date, entered her Appearance as lead counsel on behalf of Trans Union, LLC in the above referenced case.

                                        Respectfully submitted,

                                         *s/ Sandra Davis Jansen*
                                        Sandra Davis Jansen, Esq.
                                        Schuckit & Associates, P.C.
                                        4545 Northwestern Drive
                                        Zionsville, IN  46077
                                        Telephone:  317-363-2400
                                        Fax:  317-363-2257
                                        E-Mail:  sjansen@schuckitlaw.com

                                        *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29th day of July, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Elliot Gale, Esq. egale@gajplaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29th day of July, 2020**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*